In the Matter of ALEX ABRAHAMS et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and NATHAN SCHULMAN et al., Intervenors-Respondents.— No opinion. Concur — Bastow, J. P., Botein, Rabin and Bergan, JJ.

In the Matter of DANIEL COCCHIARELLA, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Appellants.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

FRANCES H. CAHEN, Appellant, v. WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [208 Misc. 779.] [See post, p. 1090.]

In the Matter of HELEN TULIMIERI, Appellant, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 765.]

MOSES PREISLER, Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

In the Matter of NASSAU ESTATES, INC., Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

THOMAS J. BATA et al., Respondents, v. JAN A. BATA, Appellant.— No opinion. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ. [See 1 A D 2d 664.]

KURT M. JACHMANN Co., INC., Appellant, v. MORAD ARYEH, Respondent.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.